7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Archie Francis Price and Rebecca Sue Price (ABOVE MED)
*Debtor*

*Bankruptcy Case No.*
13–60792–abf13

**Archie Francis Price**
**Rebecca Sue Price**
   Plaintiff(s)

*Adversary Case No.*
13–06036–abf

v.

**One Main Financial, a/k/a Citifinancial Services, Inc.**
   Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That in accordance with the Order on Complaint to Avoid Junior Lien on Real Property and Treat as Unsecured Claim (Doc. No. 8),entered by the court on September 17,2013, Judgment is hereby entered in favor of the Plaintiffs, Archie F. & Rebecca S. Price, and against the Defendant, One Main Financial, Inc., a/k/a Citifinancial Services, Inc..



Ann Thompson
Court Executive

By: /s/ Sharon Greene
   Deputy Clerk

Date of issuance: 9/17/13

Court to serve